# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

SHAWN P. GANT,

    Plaintiff,

vs.

MARTY FISHER, DAVE CARMODY, JAMES DAVIS, FAYETTE COUNTY BOARD OF SUPERVISORS,

    Defendants.

No. C06-2019-LRR

ORDER

This matter is before the court pursuant to its order dated May 10, 2006. In that order, the court directed the plaintiff to file an amended complaint by August 1, 2006. To date, the plaintiff has not complied with the court's order or contacted the court in any way. Accordingly, the plaintiff's action is dismissed for failing to prosecute and/or for failing to respond to a court order. *See* Fed. R. Civ. P. 41(b); *Edgington v. Missouri Dept. of Corrections*, 52 F.3d 777, 779-80 (8th Cir. 1995); *Aziz v. Wright*, 34 F.3d 587, 589 (8th Cir. 1994); *Omaha Indian Tribe v. Tract I - Blackbird Bend Area*, 933 F.2d 1462, 1468 (8th Cir. 1991); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986); *cf.* L.R. 41.1(b).

**IT IS SO ORDERED.**

**DATED** this 24th day of August, 2006.

LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA